Gossett, Administrator, *v.* Hollingsworth.—In error.

*Wednesday,*
*November 25.*    ASSUMPSIT against an administrator for money paid to
the intestate.  Plea, non assumpsit.  The evidence was, that
the plaintiff paid the intestate, a short time before his death,
a certain sum of money which the latter agreed to credit on
a note he held against the plaintiff; but that the payment was
not indorsed on the note at the time it was made.  There
was no proof that the payment had not been subsequently
credited, nor was it proved that a demand had been made on
the plaintiff to pay the amount again.  *Held*, that the evidence
did not sustain the action.